# Supreme Court of Florida

No. SC2025-1415

**IN RE: AMENDMENTS TO FLORIDA RULE OF APPELLATE PROCEDURE 9.710.**

March 12, 2026

PER CURIAM.

The Florida Bar's Appellate Court Rules Committee (Committee) filed a report proposing amendments to Florida Rule of Appellate Procedure 9.710(b) (Eligibility for Mediation).[1] This Court published the proposal for comment, and the Supreme Court Committee on Alternative Dispute Resolution Rules and Policy filed a comment in support of the amendments. The Committee filed a response expressing gratitude for the supportive comment. Having considered the proposed amendments, the comment received, and the Committee's response, we hereby amend rule 9.710(b).

First, rule 9.710(b) is amended to exclude petitions filed under

---

1. We have jurisdiction. *See* art. V, § 2(a), Fla. Const.; *see also* Fla. R. Gen. Prac. & Jud. Admin. 2.140(b)(1).

rule 9.100(c)(2) from the prohibition against referring extraordinary writ matters to appellate mediation. Second, a reference to habeas corpus is deleted as superfluous.

The Court hereby amends the Florida Rules of Appellate Procedure as reflected in the appendix to this opinion. New language is indicated by underscoring; deletions are indicated by struck-through type. The amendments become effective July 1, 2026, at 12:01 a.m.

It is so ordered.

MUÑIZ, C.J., and LABARGA, COURIEL, GROSSHANS, FRANCIS, SASSO, and TANENBAUM, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THESE AMENDMENTS.

Original Proceeding – Florida Rules of Appellate Procedure

Dwayne Antonio Robinson, Chair, Appellate Court Rules Committee, Miami, Florida, Joshua E. Doyle, Executive Director, The Florida Bar, Tallahassee, Florida, and Heather Savage Telfer, Staff Liaison, The Florida Bar, Tallahassee, Florida,

for Petitioner

Hon. Michael S. Orfinger, Chair, Committee on Alternative Dispute Resolution Rules and Policy, DeLand, Florida, and Thomas A. David, Chief, Alternative Dispute Resolution, Office of the State Courts Administrator, Tallahassee, Florida,

Responding with comments

# APPENDIX

## RULE 9.710.   ELIGIBILITY FOR MEDIATION

Any case filed may be referred to mediation at the discretion of the court, but under no circumstances may the following categories of actions be referred:

(a)    [No Change]

(b)    ~~habeas corpus and~~ extraordinary writ~~s~~ petitions, except those filed under rule 9.100(c)(2);

(c) – (f)    [No Change]